IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES LEWIS PARRISH,

    Plaintiff,

v.                             CIVIL NO. 3:13cv541-HEH

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

## ORDER
### (Granting Consent Motion to Remand)

This matter is before the Court on the Defendant's Consent Motion to Remand. Upon Defendant's representation that Plaintiff consents to the motion and having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) Defendant's Consent Motion to Remand (ECF No. 4) is GRANTED.

(2) This case is hereby VACATED and REMANDED to an administrative law judge for further development, including evaluating Plaintiff's prior work and obtaining vocational expert testimony to determine whether Plaintiff had acquired any transferrable skills to other occupations within Plaintiff's residual function capacity.

(3) This case is CLOSED.

Let the Clerk of the Court file this Order electronically, notifying all counsel of record accordingly.

It is so ORDERED.

Richmond, Virginia
Date: Nov. 8, 2013

/s/
Henry E. Hudson
United States District Judge